James D. Weakley, Esq.     Bar No. 082853
Brande L. Gustafson, Esq.  Bar No. 267130

Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Jim@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendant, Reyes Soberon, Jr.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ADAMS, an individual, | CASE NO. 1:17-cv-00464-LJO-JLT |
| Plaintiff, | **STIPULATION TO RESCHEDULE INITIAL SCHEDULING CONFERENCE;** |
| vs. | **[Proposed] ORDER** |
| | (Doc. 11) |
| COUNTY OF KERN; KERN COUNTY PROBATION DEPARTMENT; DAVID M. KUGE, an individual; REYES SOBERON, JR., and individual; and DOES 1 through 50, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for their respective parties that, due to defendant Reyes Soberon, Jr. having not yet filed a response to the Complaint in this action, the Initial Scheduling Conference, previously scheduled for June 29, 2017 at 8:30 a.m., be rescheduled to July 21, 2017 at 8:30 a.m. at the United States Courthouse, 510 19th Street (JLT), Bakersfield, before Magistrate Judge Jennifer L. Thurston.

It is further stipulated that the parties' Joint Scheduling Report will be electronically filed seven days prior to the new scheduling conference date, and will be emailed in Word format to JLTOrders@caed.uscourts.gov. Good cause exists due to defendant Reyes Soberon, Jr. having not yet filed a response to the Complaint in this action and he should be allowed to

first properly raise any defenses in a response to the Complaint instead of in the Joint Scheduling Report.

DATED: June 15, 2017                     WEAKLEY & ARENDT, LLP

                                         /s/ Brande L. Gustafson
                                         James D. Weakley
                                         Brande L. Gustafson
                                         Attorneys for Defendant, Reyes Soberon, Jr.

DATED: June 16, 2017                     THERESA A. GOLDNER,
                                         KERN COUNTY COUNSEL

                                         /s/ Marshall S. Fontes (As authorized on 6/16/17)
                                         Marshall S. Fontes, Deputy County Counsel
                                         Attorneys for Defendants County of Kern, Kern
                                         County Probation Department, and David M. Kuge

DATED: June 15, 2017                     GERAGOS & GERAGOS

                                         /s/ Noah Geldberg (As authorized on 6/15/17)
                                         Mark J. Geragos
                                         Ben J. Meiselas
                                         Noah Geldberg
                                         Attorneys for Plaintiff Kim Adams

## [Proposed] ORDER

The stipulation to continue the scheduling conference to July 21, 2017 at 8:30 a.m. is **GRANTED**. The parties' Joint Scheduling Report shall be filed with the Court seven days prior to the newly assigned hearing date.

IT IS SO ORDERED.

Dated: __**June 21, 2017**__              **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE

Stipulation to Reschedule Initial Scheduling Conference;
[Proposed] Order

2