James D. Weakley, Esq.     Bar No. 082853
Brande L. Gustafson, Esq.  Bar No. 267130

Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Jim@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendant, Reyes Soberon, Jr.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ADAMS, an individual, | CASE NO. 1:17-cv-00464-LJO-JLT |
| Plaintiff, | **STIPULATION TO STAY DISCOVERY RELATING TO DEFENDANT REYES SOBERON, JR.; [~~Proposed~~] ORDER** |
| vs. | **(Doc. 20)** |
| COUNTY OF KERN; KERN COUNTY PROBATION DEPARTMENT; DAVID M. KUGE, an individual; REYES SOBERON, JR., and individual; and DOES 1 through 50, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for their respective parties that, all forms of discovery relating in any way to statements made by defendant Reyes Soberon, Jr., which are protected by his Fifth Amendment rights, shall be stayed pending the completion of the related criminal trial in *The People of the State of California vs. Reyes Soberon, Jr.,* Kern County Superior Court Case Number BF162579A. The criminal jury trial is currently set for November 13, 2017, but has the potential to be continued out to early 2018.

/ / /

/ / /

/ / /

It is further stipulated that this stay does not affect discovery as to any other party in this case.

DATED: August 4, 2017         WEAKLEY & ARENDT, LLP

/s/ Brande L. Gustafson
James D. Weakley
Brande L. Gustafson
Attorneys for Defendant, Reyes Soberon, Jr.

DATED: August 4, 2017         MARK L. NATIONS,
INTERIM KERN COUNTY COUNSEL

/s/ Marshall S. Fontes (As authorized on 8/04/17)
Marshall S. Fontes, Deputy County Counsel
James Brannen, Deputy County Counsel
Attorneys for Defendants County of Kern, Kern County Probation Department, and David M. Kuge

DATED: August 4, 2017         GERAGOS & GERAGOS

/s/ Ben J. Meiselas (As authorized on 8/04/17)
Mark J. Geragos
Ben J. Meiselas
Noah Geldberg
Alex Alarcon
Attorneys for Plaintiff Kim Adams

## [~~Proposed~~] ORDER

IT IS SO ORDERED.

Dated:   **August 4, 2017**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

Stipulation to Stay Discovery Relating to
Defendant Reyes Soberon, Jr.; [Proposed] Order