# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 232-3255
GERAGOS@GERAGOS.COM

BEN J. MEISELAS          SBN 277412
NOAH GELDBERG            SBN 311722
JOANNA O. OGUNMUYIWA     SBN 319858

Attorneys for Plaintiff KIM ADAMS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ADAMS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN; KERN COUNTY PROBATION DEPARTMENT; DAVID M. KUGE, an individual; REYES SOBERON, JR., an individual; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No.: 1:17-cv-00464 JLT<br><br>**JOINT STIPULATION TO EXTEND DATES AND DEADLINES; [~~PROPOSED~~] ORDER**<br><br>(Doc. 31) |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff KIM ADAMS, an individual, and Defendants COUNTY OF KERN; KERN COUNTY PROBATION DEPARTMENT; DAVID M. KUGE, an individual; REYES SOBERON, JR., an individual; and DOES 1 through 50 (hereafter collectively the "parties"), by and through their counsel of record, hereby stipulate and agree as follows:

- 1 -

GERAGOS & GERAGOS, APC
HISTORIC ENGINE CO. No. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411

1   WHEREAS this matter was reassigned to Magistrate Judge Jennifer L.

2   Thurston on August 27, 2018.

3   WHEREAS Defendant Reyes Soberon, Jr.'s criminal trial was formerly

4   scheduled for April 30, 2018, but was subsequently continued;

5   WHEREAS the criminal proceedings involving Defendant Soberon concluded

6   on June 13, 2018 when Defendant Soberon pled nolo contendere to a misdemeanor;

7   WHEREAS Plaintiff's appeal of her state case remains pending in the

8   California Court of Appeal, Fifth Appellate District (Case No. F075266) with no date

9   yet set for oral arguments;

10  WHEREAS Plaintiff's pending state appeal involves claims that are

11  inextricably linked to those brought in this action such that it would be a waste of

12  judicial time and resources to allow this matter to go to trial before a decision is issued

13  in the state appeal;

14  WHEREAS the parties advised the Court by way of their Joint Mid-Discovery

15  Status Conference Report (ECF Doc. No. 23) that it was foreseeable that Plaintiff

16  would require an extension of the present non-expert discovery cutoff in this action;

17  WHEREAS the parties have agreed to extend the dates and deadlines in this

18  matter as outlined below:

19

| Event/Deadline | Existing Date | Stipulated New Date |
|---|---|---|
| Non-Expert Discovery Deadline | September 21, 2018 | May 3, 2019 |
| Expert Witness Designation | October 5, 2018 | May 17, 2019 |
| Rebuttal Witness Designation | November 2, 2018 | June 14, 2019 |
| Expert Discovery Deadline | November 26, 2018 | July 8, 2019 |

JOINT STIPULATION TO EXTEND DATES AND DEADLINES

GERAGOS & GERAGOS, APC
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411

| | | |
|---|---|---|
| Non-Dispositive Motion Deadline (Filing) | December 11, 2018 | July 22, 2019 |
| Non-Dispositive Motion Deadline (Hearing) | January 8, 2019 | August 19, 2019 |
| Dispositive Motion Deadline (Filing) | January 22, 2019 | September 2, 2019 |
| Dispositive Motion Deadline (Hearing) | March 5, 2019 | October 14, 2019 |
| Joint Pre-Trial Conference Statement | April 23, 2019 | December 2, 2019 |
| Final Pre-Trial Conference | April 30, 2019 | December 9, 2019 |
| Trial | June 25, 2019 | February 3, 2020 |

WHEREAS, the parties agree that there is good cause for these stipulated changes in dates and deadlines.

THEREFORE, the parties hereby stipulate to the changes in all dates and deadlines as outlined above.

IT IS SO STIPULATED.

DATED: September 12, 2018                    GERAGOS & GERAGOS, APC

By: /s/Ben Meiselas
BEN J. MEISELAS
NOAH GELDBERG
JOANNA O. OGUNMUYIWA
Attorneys for Plaintiff
KIM ADAMS

- 3 -

DATED: September 12, 2018
          WEAKLEY & ARENDT
          A PROFESSIONAL CORPORATION

          By: /s/James D. Weakley
          James D. Weakley
          Brande L. Gustafson
          Attorneys for Defendant, Reyes Soberon, Jr.

DATED: September 12, 2018
          MARK L. NATIONS,
          KERN COUNTY COUNSEL

          By: /s/Marshall S. Fontes
          Marshall S. Fontes, Deputy County Counsel
          Attorneys for Defendants County of Kern, Kern County Probation Department, and David M. Kuge

## ORDER

Good cause appearing, the Court **ORDERS** the case schedule to be amended as follows:

1.    Nonexpert discovery **SHALL** be completed by **May 3, 2019** and expert discovery **SHALL** be completed by **July 8, 2019**;

2.    The parties **SHALL** disclose experts no later than **May 17, 2019** and any rebuttal experts by **June 14, 2019**;

3.    Any non-dispositive motions **SHALL** be filed no later than **July 22, 2019** and heard no later than **August 19, 2019**;

4.    Any dispositive motions **SHALL** be filed no later than **September 3, 2019** and heard no later than **October 15, 2019**;

5.    The pre-trial conference is CONTINUED to **December 2, 2019** at 8:30 a.m.;

6.    The trial is CONTINUED to **January 27, 2020** at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **September 13, 2018**          **/s/ Jennifer L. Thurston**
                                 UNITED STATES MAGISTRATE JUDGE

**GERAGOS & GERAGOS, APC**
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411

JOINT STIPULATION TO EXTEND DATES AND DEADLINES