# GERAGOS & GERAGOS
A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 232-3255
GERAGOS@GERAGOS.COM

BEN J. MEISELAS          SBN 277412
NOAH GELDBERG          SBN 311722
Attorneys for Plaintiff KIM ADAMS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ADAMS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN;<br>KERN COUNTY PROBATION DEPARTMENT;<br>DAVID M. KUGE, an individual;<br>REYES SOBERON, JR., an individual; and<br>DOES 1 through 50, inclusive<br><br>Defendants. | Case No.: 1:17-cv-00464 JLT<br><br>**JOINT STIPULATION TO EXTEND DATES AND DEADLINES; [PROPOSED] ORDER**<br><br>LOCATION:  Federal Courthouse<br>510 19th Street<br>Suite 200<br>Bakersfield, CA 93301<br><br>*Complaint filed: March 31, 2017*<br>*Trial Date:       January 27, 2020* |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff KIM ADAMS, an individual, and Defendants COUNTY OF KERN; KERN COUNTY PROBATION DEPARTMENT; DAVID M. KUGE, an individual; REYES SOBERON, JR., an individual; and DOES 1 through 50 (hereafter collectively the "parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS the parties entered a previous Joint Stipulation to Extend Dates and Deadlines that was approved by the Court on September 13, 2018.

WHEREAS Plaintiff's son subsequently sustained serious gunshot wounds on February 11, 2019;

WHEREAS Plaintiff's son is currently hospitalized in critical condition and Plaintiff must attend to his medical care under these dire circumstances;

WHEREAS Plaintiff's obligations to her son have limited her availability and rendered her unable to sit for deposition and submit to other discovery requests, such as a mental health examination pursuant to Rule 35, until late May 2019;

WHEREAS the parties have diligently pursued discovery in this matter, having produced documents and scheduled depositions of all defense witnesses;

WHEREAS on March 13, 2019, the remittitur in Plaintiff's appeal of her state case in the California Court of Appeal, Fifth Appellate District (Case No. F075266) was issued affirming the trial court's order denying Adams's petition for relief from the claim presentation requirements. Defendants, not knowing what state law claims Plaintiff would amend to include in this action had Plaintiff prevailed, were reluctant to take Plaintiff's deposition prior to the resolution of the appeal;

WHEREAS the parties have agreed to extend the dates and deadlines in this matter as outlined below:

| Event/Deadline | Existing Date | Stipulated New Date |
|---|---|---|
| Non-Expert Discovery Deadline | May 3, 2019 | July 3, 2019 |
| Expert Witness Designation | May 17, 2019 | July 17, 2019 |
| Rebuttal Witness Designation | June 14, 2019 | August 14, 2019 |
| Expert Discovery Deadline | July 8, 2019 | September 9, 2019 |

| | | |
|---|---|---|
| Non-Dispositive Motion Deadline (Filing) | July 22, 2019 | September 23, 2019 |
| Non-Dispositive Motion Deadline (Hearing) | August 19, 2019 | October 21, 2019 |
| Dispositive Motion Deadline (Filing) | September 3, 2019 | November 4, 2019 |
| Dispositive Motion Deadline (Hearing) | October 15, 2019 | December 16, 2019 |
| Final Pre-Trial Conference | December 2, 2019 | February 3, 2020 |
| Trial | January 27, 2020 | March 30, 2020 |

WHEREAS, the parties agree that there is good cause for these stipulated changes in dates and deadlines.

THEREFORE, the parties hereby stipulate to the changes in all dates and deadlines as outlined above.

IT IS SO STIPULATED.

DATED: April 19, 2019                    GERAGOS & GERAGOS, APC

                                         By: /s/Ben Meiselas
                                             BEN J. MEISELAS
                                             NOAH GELDBERG
                                             Attorneys for Plaintiff
                                             KIM ADAMS

DATED: April 19, 2019                    WEAKLEY & ARENDT
                                         A PROFESSIONAL CORPORATION

GERAGOS & GERAGOS, APC
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411

By: /s/James D. Weakley
James D. Weakley
Brande L. Gustafson
Attorneys for Defendant, Reyes Soberon, Jr.

DATED: April 19, 2019

MARGO RAISON,
KERN COUNTY COUNSEL

By: /s/Marshall S. Fontes
Marshall S. Fontes, Deputy County Counsel
Attorneys for Defendants County of Kern, Kern County Probation Department, and David M. Kuge

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: **April 23, 2019**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE