James D. Weakley, Esq.    Bar No. 082853
Brande L. Gustafson, Esq.    Bar No. 267130

Weakley & Arendt
A Professional Corporation
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Jim@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendant, Reyes Soberon, Jr.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| KIM ADAMS, an individual, | ) CASE NO. 1:17-cv-00464-JLT |
| Plaintiff, | ) **STIPULATION AND [Proposed] ORDER TO MODIFY SCHEDULING ORDER** |
| vs. | ) (Doc. 464) |
| COUNTY OF KERN; KERN COUNTY PROBATION DEPARTMENT; DAVID M. KUGE, an individual; REYES SOBERON, JR., and individual; and DOES 1 through 50, inclusive, | ) |
| Defendants. | ) |

The parties, by and through their respective counsel, have stipulated to modify the discovery deadlines and existing Scheduling Order (Doc. No. 36) as follows:

| **Event/Deadline** | **Existing Date** | **Stipulated New Date** |
|---|---|---|
| Non-Expert Discovery Deadline | July 3, 2019 | September 3, 2019 |
| Expert Witness Disclosure | July 17, 2019 | September 10, 2019 |
| Rebuttal Witness Disclosure | August 14, 2019 | October 1, 2019 |
| Expert Discovery Deadline | September 9, 2019 | October 21, 2019 |

Stipulation & [Proposed] Order to
Modify Scheduling Order

1

| | | |
|---|---|---|
| Non-Dispositive Motion Deadline (Filing) | September 23, 2019 | November 4, 2019 |
| Non-Dispositive Motion Deadline (Hearing) | October 21, 2019 | December 16, 2019 |
| Dispositive Motion Deadline (Filing) | November 4, 2019 | No Change |
| Dispositive Motion Deadline (Hearing) | December 16, 2019 | No Change |
| Pre-Trial Conference | February 3, 2020 | No Change |
| Trial | March 30, 2020 | No Change |

The parties request an order modifying scheduling order. The parties have been cooperating in scheduling depositions in an effort to conclude non-expert discovery within the time frame set out in the current scheduling order. However, Plaintiff's children and caretaker are either out of town due to an ill family member or have their own medical appointments that prevent them from being available for a deposition prior to the current deadline to complete non-expert discovery. Additionally, counsel for defendants County of Kern and David M. Kuge is scheduled for knee surgery on June 26, 2019 and will be unavailable during the following three to four weeks while recovering from the surgery and there is no one else in the office with knowledge of this case that would be able to step in and take the remaining depositions.

The parties believe these there is good cause for the above proposed changes to the discovery deadlines, which would allow the parties to keep the currently scheduled trial date.

Respectfully Submitted,

DATED: June 20, 2019
WEAKLEY & ARENDT
A PROFESSIONAL CORPORATION

/s/ Brande L. Gustafson
James D. Weakley
Brande L. Gustafson
Attorneys for Defendant, Reyes Soberon, Jr.

| | | |
|---|---|---|
| 1 | DATED: June 21, 2019 | MARGO A. RAISON, |
| | | KERN COUNTY COUNSEL |
| 2 | | |
| 3 | | /s/ Marshall S. Fontes (As authorized on 6/21/19) |
| | | Marshall S. Fontes, Deputy County Counsel |
| 4 | | Attorneys for Defendants County of Kern, Kern |
| | | County Probation Department, and David M. Kuge |
| 5 | | |
| 6 | DATED: June 20, 2019 | GERAGOS & GERAGOS |
| 7 | | /s/ Noah Geldberg (As authorized on 6/20/19) |
| | | Mark J. Geragos |
| 8 | | Ben J. Meiselas |
| | | Noah Geldberg |
| 9 | | Attorneys for Plaintiff Kim Adams |

**ORDER**

IT IS SO ORDERED.

Dated: **June 24, 2019**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE