James D. Weakley, Esq.      Bar No. 082853
Brande L. Gustafson, Esq.   Bar No. 267130

Weakley & Arendt
A Professional Corporation
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
Jim@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendant, Reyes Soberon, Jr.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ADAMS, an individual, | CASE NO. 1:17-cv-00464-JLT |
| Plaintiff, | **STIPULATION AND [Proposed] ORDER TO MODIFY SCHEDULING ORDER** |
| vs. | (Doc. 39) |
| COUNTY OF KERN; KERN COUNTY PROBATION DEPARTMENT; DAVID M. KUGE, an individual; REYES SOBERON, JR., and individual; and DOES 1 through 50, inclusive, | |
| Defendants. | |

The parties, by and through their respective counsel, have stipulated to modify the discovery deadlines and existing Scheduling Order (Doc. No. 38) as follows:

| **Event/Deadline** | **Existing Date** | **Stipulated New Date** |
|---|---|---|
| Non-Expert Discovery Deadline | September 3, 2019 | December 2, 2019 |
| Expert Witness Disclosure | September 10, 2019 | January 2, 2020 |
| Rebuttal Witness Disclosure | October 1, 2019 | February 3, 2020 |
| Expert Discovery Deadline | October 21, 2019 | March 4, 2020 |
| Non-Dispositive Motion Deadline (Filing) | November 4, 2019 | April 6, 2020 |
| Non-Dispositive Motion Deadline (Hearing) | December 16, 2019 | May 4, 2020 |
| Dispositive Motion Deadline (Filing) | November 4, 2019 | June 8, 2020 |

| Dispositive Motion Deadline (Hearing) | December 16, 2019 | July 20, 2020 |
| Pre-Trial Conference | February 3, 2020 | October 5, 2020 |
| Trial | March 30, 2020 | November 30, 2020 |

The parties request an order modifying scheduling order. The parties had previously requested a modification of the scheduling order because Plaintiff's children and caretaker were either out of town due to an ill family member or had their own medical appointments that prevented them from being available for a deposition prior to the deadline to complete non-expert discovery and because counsel for defendants County of Kern and David M. Kuge—Marshall S. Fontes—was scheduled for knee surgery on June 26, 2019 making him unavailable for what he at time understood would be the following three to four weeks while recovering from the surgery.

Approximately three days after discharge, Mr. Fontes developed a hemorrhagic blister on the medial side of the right knee which was approximately four inches in diameter.  This blister ruptured on Tuesday July 2, 2019, which presented increased risks of infection and delayed the initiation of his physical therapy treatment program.  Originally, it was hoped that Mr. Fontes would be able to return to work at the beginning of August.  However, due to these unexpected complications, Mr. Fontes was informed by his orthopedic surgeon on July 10, 2019, that he can expect to be off work for approximately six more weeks.  There is no one else in Mr. Fontes' office with knowledge of this case that would be able to step in and take the remaining depositions while he continues his recovery.

But for this unanticipated medical emergency, all discovery would have been completed pursuant to the existing schedule. As a result of these circumstances it will be extraordinarily difficult for both parties to complete discovery, including depositions, within the remaining time frame for the completion of discovery.

The parties believe these there is good cause for the above proposed changes to the discovery deadlines.

/ / /

1  Respectfully Submitted,

2  DATED: July 18, 2019                         WEAKLEY & ARENDT
                                                A PROFESSIONAL CORPORATION
3

4                                               /s/ Brande L. Gustafson
                                                James D. Weakley
5                                               Brande L. Gustafson
                                                Attorneys for Defendant, Reyes Soberon, Jr.
6

7  DATED: July 23, 2019                         MARGO A. RAISON,
                                                KERN COUNTY COUNSEL
8

9                                               /s/ Andrew C. Thomson for
                                                Marshall S. Fontes (As authorized on 7/23/19)
10                                              Marshall S. Fontes, Deputy County Counsel
                                                Attorneys for Defendants County of Kern, Kern
11                                              County Probation Department, and David M. Kuge

12
    DATED: July 22, 2019                        GERAGOS & GERAGOS
13
                                                /s/ Noah Geldberg (As authorized on 7/22/19)
14                                              Mark J. Geragos
                                                Ben J. Meiselas
15                                              Noah Geldberg
                                                Attorneys for Plaintiff Kim Adams
16

17
                                                **ORDER**
18
            IT IS SO ORDERED.
19
    Date: _____July 24_, 2019
20

21                                              _____
                                                U.S. Magistrate Judge Jennifer L. Thurston
22

23

24

25

26

27

28

Stipulation & [Proposed] Order to Modify Scheduling Order
3