| | |
|---|---|
| 1 | MARGO A. RAISON, COUNTY COUNSEL |
| 2 | By: Marshall Scott Fontes (SBN 139567) |
|   | Kathleen Rivera, Deputy (SBN 211606) |
| 3 | Kern County Administrative Center |
|   | 1115 Truxtun Avenue, Fourth Floor |
| 4 | Bakersfield, CA 93301 |
|   | Telephone 661-868-3800 |
| 5 | Fax 661-868-3805 |
| 6 | |
|   | Attorneys for Defendant County of Kern |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ADAMS, an individual, | ) Case No.: 1:17-CV-00464-JLT |
|  | ) |
| Plaintiffs, | ) STIPULATION FOR MENTAL/PHYSICAL |
| v. | ) EXAMINATION; ~~PROPOSED~~ ORDER |
|  | ) (Doc. 41) |
| COUNTY OF KERN; KERN COUNTY PROBATION DEPARTMENT; DAVID M. KUGE, an individual; REYES SOBERON, JR., and individual; and DOES 1 through 50, inclusive, | ) ) ) ) ) |
| Defendants. | ) ) |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES through their respective counsel, pursuant to Rules 29 and 35 of the Federal Rules of Civil Procedure as follows:

1. <u>Date and Place</u>: Plaintiff, Kim Adams, will produce herself for a mental examination at the request of Defendant County of Kern as follows:

    (a)    Date:    October 30, 2019

    (b)    Time:    9:00 a.m.

    (c)    Location:    Bakersfield Marriott at the Convention Center
                            Board Room
                            801 Truxtun Avenue
                            Bakersfield, CA 93301

/ / /

1    (d) Examiner: Plaintiff shall be examined by Dr. Charles H. Hinkin, Ph.D., ABPP, board certified in Clinical Neuropsychology.

2. <u>Manner, Conditions, Scope and Nature of the Examination:</u> Plaintiff will be seen at the location set forth above by the examining neuropsychologist, who will conduct an examination consisting of: (1) a clinical interview; (2) taking a comprehensive psychiatric history; (3) conducting neuropsychological tests and (4) administering a mental status examination. The duration of the mental examination shall be no more than seven (7) hours exclusive of breaks. Dr. Hinkin will meet with and interview plaintiff in an office or conference room setting. The interview will consist of Dr. Hinkin asking questions and plaintiff providing answers. Dr. Hinkin will take a psychiatric and medical history as well as a childhood/developmental history and social/occupational history from plaintiff, will discuss her social functioning, parental functioning, family psychiatric history, current psychological/social/occupational functioning and will also discuss past experiences which may have contributed to her current mental status and will ask specific questions regarding plaintiff's mental function.

(a) Defendant will provide the examining psychologist in advance with copies of all medical records produced to date, and with a transcript of Plaintiff's deposition.

(b) The examining neuropsychologist will thoroughly review these medical records and Plaintiff's deposition transcript before the October 30, 2019 mental examination.

(c) The Plaintiff may record the history gathering portion of the exam and provide this to her counsel.

(d) When gathering any history, the examining neuropsychologist shall specifically identify that he is performing a supplemental clinical interview. While conducting the interview the examining neuropsychologist will make a concerted effort to not simply duplicate the existing medical records. However, it needs be recognized that, while overlap exists, an interview

Stipulation for Mental Examination; ~~Proposed~~ Order

|   |   |
|---|---|
| | conducted as part of a forensic evaluation differs from that conducted in a purely clinical setting. Similarly, even though the general topic of inquiry may be the same, questions posed by an attorney during a deposition are designed to elicit different information than that obtained during a psychodiagnostic interview. |
| (e) | When gathering any history, the examining neuropsychologist shall attempt when possible to identify generally which topic he is taking a history of, i.e. "I am now asking questions on the topic of psychiatric history," "I am now asking childhood/developmental history," using this or substantially similar language. |

If Plaintiff desires, the examining neuropsychologist will record, by audiotape pursuant to CCP §2032.530, the entire examination including testing. Such audio tape of the testing portion of the exam will be directly provided to a neuropsychologist of Plaintiff's counsel's choosing upon request.

3. Good cause exists for this examination.

4. The costs of this examination, including the fees of the examiner(s), will be borne by the County of Kern.

5. If Plaintiff requests a copy of the examination report, County of Kern will supply a truly conformed copy of the report and all other reports of the same condition authored by anyone, without any further demand on the availability of such report(s).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

3

---

Stipulation for Mental Examination; ~~Proposed~~ Order

1.    6.     The court may issue an order upon the filing of this stipulation without notice or hearing.

Dated: August 28, 2019     GERAGOS & GERAGOS

By: /s/ Noah Geldberg as authorized on 08/28/19
    Noah Geldberg, Esq.
    Attorney for Plaintiff
    Kim Adams

Dated: August 28, 2019     MARGO A. RAISON, COUNTY COUNSEL

By: /s/ Kathleen S. Rivera
    Marshall S. Fontes, Deputy
    Kathleen Rivera, Deputy
    Attorneys for Defendant County of Kern,
    County of Kern Probation Dept. and David M. Kuge

Dated: August 28, 2019     WEAKLEY & ARENDT

By: /s/ Brande Gustafson as authorized on 08/28/19
    James Weakley, Esq.
    Brande Gustafson, Esq.
    Attorney for Defendant
    Soberon Reyes, Jr.

#24I9778.DOC

Stipulation for Mental Examination; ~~Proposed~~ Order

## **ORDER**

The parties, through counsel, have submitted a stipulation for the plaintiff in this case. Good cause appearing, the Court **ORDERS** the mental examination of the plaintiff as set forth in the attached stipulation.

IT IS SO ORDERED.

Dated: **August 29, 2019**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

Stipulation for Mental Examination; ~~Proposed~~ Order