# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 232-3255
GERAGOS@GERAGOS.COM

BEN J. MEISELAS        SBN 277412
NOAH GELDBERG        SBN 311722
Attorneys for Plaintiff KIM ADAMS

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ADAMS, an individual, | ) CASE NO. 1:17-cv-00464-JLT |
| Plaintiff, | ) |
| | ) **ORDER GRANTING IN PART** |
| vs. | ) **STIPULATION TO MODIFY** |
| | ) **SCHEDULING ORDER** |
| COUNTY OF KERN; | ) |
| KERN COUNTY PROBATION | ) (Doc. 43) |
| DEPARTMENT; | ) |
| DAVID M. KUGE, an individual; | ) |
| REYES SOBERON, JR., and individual; and | ) |
| DOES 1 through 50, inclusive, | ) |
| | ) |
| Defendants. | ) |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff KIM ADAMS, an individual, and Defendants COUNTY OF KERN; KERN COUNTY PROBATION DEPARTMENT; DAVID M. KUGE, an individual; REYES SOBERON, JR., an individual; and DOES 1 through 50 (hereafter collectively the "parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, due to the continuance of criminal proceedings against Defendant Reyes Soberon, Jr. and the pendency of Plaintiff's related case in the California Court of Appeal for the

Fifth Appellate District, the parties entered an initial Joint Stipulation to Extend Dates and Deadlines that was approved by the Court on September 13, 2018 (ECF No. 32);

WHEREAS, due in part to the fact that Plaintiff's son, Marcus Anthony Ramirez, sustained a serious gunshot wound that resulted in Plaintiff incurring familial obligations that interfered with her availability for discovery proceedings, the parties entered a second Stipulation to Modify Scheduling Order that was approved by the Court on April 23, 2019 (ECF No. 36);

WHEREAS, due to the fact that Plaintiff's children and caretaker needed to attend to an ill family member out of town and/or were required to attend medical appointments which circumstances interfered with their availability for discovery proceedings and due to the fact that counsel for Defendants County of Kern and David M. Kuge needed to undergo knee surgery, the parties entered a third Stipulation to Modify Scheduling Order that was approved by the Court on June 24, 2019 (ECF No. 38);

WHEREAS, due to complications in the knee surgery that counsel for Defendants County of Kern and David M. Kuge underwent, the parties entered a fourth Stipulation to Modify Scheduling Order that was approved by the Court on July 24, 2019 (ECF No. 40);

WHEREAS, the parties have continued in good faith to cooperate in scheduling discovery proceedings in this matter and had scheduled depositions of Plaintiff's sons and caretaker for October 22 and 23, 2019 and a Mental Health Examination of Plaintiff for October 30, 2019;

WHEREAS, Plaintiff's son, Angel Ramirez Adams, who was to be deposed on October 23, 2019, sustained a severe leg injury shortly before that date requiring emergency room treatment and subsequent treatment in Los Angeles that has rendered Plaintiff, her sons, and her caretaker unavailable for discovery proceedings until mid-January 2020;

WHEREAS, Plaintiff has confirmed her availability for her Mental Health Examination on Saturday, January 11, 2020, and Defendants have confirmed the availability of their examiner on that date;

WHEREAS, the parties have agreed to again extend the dates and deadlines in this matter as outlined below:

| Event/Deadline | Existing Date | Stipulated New Date |
|---|---|---|
| Mental Examination of Plaintiff | October 30, 2019 | January 11, 2020 |
| Non-Expert Discovery Deadline | December 2, 2019 | January 27, 2020 |
| Expert Witness Disclosure | January 2, 2020 | February 27, 2020 |
| Rebuttal Witness Disclosure | February 3, 2020 | March 30, 2020 |
| Expert Discovery Deadline | March 4, 2020 | April 29, 2020 |
| Non-Dispositive Motion Deadline (Filing) | April 6, 2020 | June 1, 2020 |
| Non-Dispositive Motion Deadline (Hearing) | May 4, 2020 | June 29, 2020 |
| Dispositive Motion Deadline (Filing) | June 8, 2020 | August 3, 2020 |
| Dispositive Motion Deadline (Hearing) | July 20, 2020 | September 14, 2020 |
| Pre-Trial Conference | October 5, 2020 | November 30, 2020 |
| Trial | November 30, 2020 | March 1, 2021 |

WHEREAS, the parties understand that they have already requested modification of the Court's Scheduling Order multiple times and that such modification places a burden on the Court and all counsel;

WHEREAS, the parties intend to prevent further continuances by agreeing that the present request for modification of the Court's Scheduling Order shall be the last;

IT IS THEREFORE STIPULATED AND AGREED THAT:

1. All dates and deadlines may be continued as outlined by the parties above; and

2. The parties shall not request further continuances of the dates and deadlines referred to herein.

///

///

Respectfully Submitted,

DATED: October 29, 2019                    WEAKLEY & ARENDT

A PROFESSIONAL CORPORATION

 /s/ Brande Gustafson (authorized on 10/29/19)
James D. Weakley
Brande L. Gustafson
Attorneys for Defendant, Reyes Soberon, Jr.

DATED: October 29, 2019                     MARGO A. RAISON,
                                            KERN COUNTY COUNSEL


/s/ Kathleen Rivera (authorized on 10/29/29)
Kathleen Rivera, Deputy County Counsel
Attorneys for Defendants County of Kern, Kern
County Probation Department, and David M. Kuge


DATED: October 29, 2019                     GERAGOS & GERAGOS, APC

/s/ Ben Meiselas
Mark J. Geragos
Ben J. Meiselas
Noah Geldberg
Attorneys for Plaintiff Kim Adams


**ORDER**

The parties have stipulated to amend the case schedule.  They offer no explanation why the trial should be continued so far out.  Indeed, even with the modifications sought, there is no need to change the pretrial or trial date.  Thus, the Court **GRANTS** the stipulation **IN PART** and **ORDERS** the case schedule to be amended as follows:

1.      The plaintiff **SHALL** submit to the mental health examination on **January 11, 2020**;

2.      The parties **SHALL** complete all non-expert discovery no later than **January 27, 2020** and expert discovery **no later than April 29, 2020**.  The parties **SHALL** disclose their experts **no later than February 27, 2020** and their rebuttal experts **no later than March 27, 2020**;

3.      Non-dipositive motions, if any, **SHALL** be filed **no later than May 22, 2020** and heard **no later than June 19, 2020**;

1        4.      Dipositive motions, if any, **SHALL** be filed **<u>no later than July 10, 2020</u>** heard **<u>no</u>**

2  **<u>later than August 20, 2020</u>**.

3        **<u>No other modifications to the case schedule are authorized and the Court declines to</u>**

4  **<u>consider any further requests to amend the case schedule absent a showing, supported by</u>**

5  **<u>admissible evidence, that extraordinary cause exists to do so.</u>**

6

7  IT IS SO ORDERED.

8     Dated:   **October 30, 2019**            **/s/ Jennifer L. Thurston**
                                           UNITED STATES MAGISTRATE JUDGE