James D. Weakley, Esq.          Bar No. 082853
Brande L. Gustafson, Esq.       Bar No. 267130

Weakley & Arendt
A Professional Corporation
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
Jim@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendant, Reyes Soberon, Jr.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ADAMS, an individual, | ) CASE NO. 1:17-cv-00464-JLT |
| Plaintiff, | ) **STIPULATION AND [Proposed] ORDER TO MODIFY SCHEDULING ORDER (Doc. 45)** |
| vs. | ) |
| COUNTY OF KERN; KERN COUNTY PROBATION DEPARTMENT; DAVID M. KUGE, an individual; REYES SOBERON, JR., and individual; and DOES 1 through 50, inclusive, | ) |
| Defendants. | ) |

The parties, by and through their respective counsel, have stipulated to modify the non-dispositive motion filing deadline from May 22, 2020 with hearing date of June 19, 2020 to July 10, 2020 with a hearing date no later than August 20, 2020.

The parties have previously requested a modification of the scheduling order on five prior occasions due to the continuance of criminal proceedings in defendant Reyes Soberon, Jr.'s related criminal case and the pendency of the plaintiff's related appeal in the Fifth District Court of appeal, and series of health issues for plaintiff, her family members, and counsel for County of Kern and David M. Kuge. *See* Doc. Nos. 32, 36, 38, 40, and 43.

The parties have completed all discovery in the case, but have been working together to obtain a copy of defendant Reyes Soberon, Jr.'s cell phone records that are at issue in this

1  action.  The process has taken longer than anticipated as the original cell phone carrier indicated
2  that it did not have the records and to try another carrier, which required the process to start all
3  over again.  During that time the Coronavirus pandemic spread across the globe and cities and
4  states in the United States enacted various shelter in place orders.  As a result, it took nearly a
5  month and a half to receive a response to the request for subscriber records.  The cellphone
6  carrier represented that it would need a new authorization set to their specifications before they
7  would consider releasing the cell phone records.  Counsel for defendant Reyes Soberon, Jr. is
8  working on obtaining a new authorization.

9        The parties are working together to obtain these records in an effort to avoid the need for
10 judicial intervention, however, with current shelter in place orders across the United States, the
11 parties have not been able to do so prior to the expiration of the deadline for filing non-
12 dispositive motions.  The parties would like to have the ability to seek a court order to force the
13 cell phone carrier to produce the cell phone records should their efforts to obtain them through
14 an authorization fails.

15       Modification of the Scheduling Order is not anticipated to affect the dispositive motion
16 deadline, pre-trial conference, or trial dates.

17       In light of the foregoing good cause, the parties hereby stipulate and jointly request that
18 the Court issue an order modifying the current Scheduling Order as follows:

| Event/Deadline | Existing Date | Stipulated New Date |
|---|---|---|
| Non-Dispositive Motion Filing Deadline | May 22, 2020 | July 10, 2020 |
| Non-Dispositive Motion Hearing Deadline | June 19, 2020 | August 20, 2020 |

22 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
23 Respectfully Submitted,
24 DATED: May 15, 2020                    WEAKLEY & ARENDT
                                         A PROFESSIONAL CORPORATION

                                         /s/ Brande L. Gustafson
                                         James D. Weakley
                                         Brande L. Gustafson
                                         Attorneys for Defendant, Reyes Soberon, Jr.

| | | |
|---|---|---|
| 1 | DATED: May 15, 2020 | MARGO A. RAISON, |
| 2 | | KERN COUNTY COUNSEL |
| 3 | | /s/ Marshall S. Fontes (As authorized on 5/15/20) |
| 4 | | Marshall S. Fontes, Deputy County Counsel |
| | | Attorneys for Defendants County of Kern, Kern County Probation Department, and David M. Kuge |
| 5 | | |
| 6 | DATED: May 15, 2020 | GERAGOS & GERAGOS |
| 7 | | /s/ Noah Geldberg (As authorized on 5/15/20) |
| 8 | | Mark J. Geragos |
| | | Ben J. Meiselas |
| | | Noah Geldberg |
| 9 | | Attorneys for Plaintiff Kim Adams |

**ORDER**

IT IS SO ORDERED.

Dated:   **May 16, 2020**          **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE