1  **MARGO A. RAISON, COUNTY COUNSEL**
   **By: Marshall S. Fontes, Deputy (SBN 139567)**
2  **Kern County Administrative Center**
   **1115 Truxtun Avenue, Fourth Floor**
3  **Bakersfield, CA 93301**
   **Telephone 661-868-3800**
4  **Fax 661-868-3805**

5
   **Attorneys for Defendants County of Kern**
6  **and David Kuge**                                    [Exempt from filing fees, Gov. Code, § 6103]

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11 **KIM ADAMS, an individual;**              )   **Case No.: 1:17-CV-00464-JLT**
                                              )
            **Plaintiff,**                    )   **STIPULATION TO DISMISS DEFENDANT,**
12                                            )   **DAVID KUGE WITHOUT PREJUDICE;**
        **vs.**                               )   **[~~PROPOSED~~] ORDER. Fed. R. Civ. P.**
13                                            )   **41(a)(1).**
   **COUNTY OF KERN, KERN COUNTY**            )
14 **PROBATION DEPARTMENT; DAVID M.**         )
   **KUGE,  an individual; REYES SOBERON,**   )
15 **JR., an individual; and DOES 1-50**      )
   **inclusive;**                             )
16                                            )
            **Defendants.**                   )
17                                            )
                                              )
18

19      IT IS HEREBY STIPULATED by and between the parties herein, PLAINTIFF, KIM

20 ADAMS, DEFENDANT, REYES SOBERON JR., and DEFENDANTS COUNTY OF KERN and

21 DAVID M. KUGE, by and through their respective attorneys of record, that Defendant DAVID M.

22 KUGE be dismissed from this action, with each side to bear their own costs and fees.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1   Dated: August 10, 2020          Respectfully Submitted,

2                                    GERAGOS & GERAGOS

3

4                                    By:  /s/ Ben J. Meiselas as authorized on 08/10/2020
                                          Ben J. Meiselas, Esq.
5                                         Noah Geldberg, Esq.
                                          Attorneys for Plaintiff Kim Adams
6

7
     Dated: August 10, 2020          Respectfully Submitted,
8
                                     WEAKLEY & ARENDT
9                                    A PROFESSIONAL CORPORATION

10

11                                   By:  /s/ Jim D. Weakley as authorized on 08/10/2020
                                          Jim D. Weakley, Esq.
12                                        Brande L. Gustafson, Esq.
                                          Attorney for Defendant
13                                        Reyes Soberon,

14

15   August 10, 2020                 Respectfully Submitted,

16                                   MARGO A. RAISON, COUNTY COUNSEL

17

18                                   By:  /s/ Marshall S. Fontes
                                          Marshall S. Fontes, Deputy
19                                        Attorneys for County of Kern and
                                          David M. Kuge
20
     IT IS SO ORDERED.
21

22      Dated:   **August 10, 2020**            **/s/ Jennifer L. Thurston**
                                           UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

---

STIPULATION TO DISMISS DEFENDANT, DAVID KUGE WITHOUT PREJUDICE; [~~PROPOSED~~] ORDER.
USDC Court Case No.:1:17-cv-00464-JLT