# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ADAMS,<br><br>              Plaintiff,<br><br>       v.<br><br>COUNTY OF KERN, et al.,<br><br>              Defendants. | Case No.: 1:17-CV-00464 JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 62) |

The plaintiff reports that the parties have settled the matter and that she will seek dismissal of the action soon. (Doc. 62) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than January 22, 2021**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

   Dated:   **December 7, 2020**            /s/ Jennifer L. Thurston
                                             UNITED STATES MAGISTRATE JUDGE

1