# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ADAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　　Defendants. | Case No.: 1:17-CV-00464 JLT<br><br>ORDER DISMISSING THE ACTION<br>(Doc. 64) |

The parties have stipulated to dismissing this action with prejudice and with each side to bear their own fees and costs. (Doc. 64) Thus, the Court **ORDERS**:

　　1.　　The action is **DISMISSED with PREJUDICE**.

IT IS SO ORDERED.

　　Dated: __January 11, 2021__　　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1